DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CELESTOR O. GREGORY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-460

[June 2, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312010CF001429A.

Celestor O. Gregory, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***